1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                   CENTRAL DISTRICT OF CALIFORNIA
9
10

11  OSCAR SOLANO, aka           ) Case No. CV 07-4371-PA(RC)
    OSCAR MARTIN SOLANO,        )
12                              )
              Petitioner        ) ORDER ADOPTING REPORT AND
13                              ) RECOMMENDATION OF UNITED STATES
    vs.                         ) MAGISTRATE JUDGE
14                              )
    TOM FELKER, Warden,         )
15                              )
              Respondent.       )
16  _____)

17

18       Pursuant to 28 U.S.C. Section 636, the Court has reviewed the
19  petition and other papers along with the attached Report and
20  Recommendation of United States Magistrate Judge Rosalyn M. Chapman,
21  and has made a de novo determination.
22
23       IT IS ORDERED that (1) the Report and Recommendation is approved
24  and adopted; (2) the Report and Recommendation is adopted as the
25  findings of fact and conclusions of law herein; and (3) Judgment shall
26  be entered denying the petition for writ of habeas corpus and
27  dismissing the action with prejudice.
28  //

1         IT IS FURTHER ORDERED that the Clerk shall serve copies of this
2    Order, the Magistrate Judge's Report and Recommendation and Judgment
3    by the United States mail on petitioner.

5    DATED:    December 8, 2008

                                        _____
7                                             PERCY ANDERSON
                                        UNITED STATES DISTRICT JUDGE

R&Rs\07-4371.ado
10/30/08

2